UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

BRYAN JINKINS,

    PLAINTIFF,

v.

EQUIFAX INFORMATION SERVICES, LLC, ET AL.,

    DEFENDANTS.

Case No.:

2:21-cv-00089-TRM-CRW

## JOINT STIPULATION OF DISMISSAL AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC (ONLY) WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Bryan Jinkins ("Plaintiff") and Defendant Equifax Information Services ("Equifax") (collectively referred to as the "Parties"), hereby jointly stipulate and agree that Plaintiff dismisses, with prejudice, Plaintiff's claims asserted against Equifax (only) and said parties to bear their own costs and attorney's fees.

Plaintiff's claims against Defendants Experian Information Solutions, Inc., Pentagon Federal Credit Union and Trans Union, LLC remain pending before the Court.

    Respectfully submitted,

    */s/ Micah S. Adkins*
    Micah S. Adkins
    TN BAR NO. 036451
    **THE ADKINS FIRM, P.C.**
    5400 Lyndon B. Johnson Fwy., Suite 1200
    Dallas, Texas 75240
    Telephone: (214) 974.4030
    MicahAdkins@ItsYourCreditReport.com
    *COUNSEL FOR PLAINTIFF*
    *BRYAN JINKINS*

*/s/ Kearstin Harumi Sale (with consent)*
Kearstin Harumi Sale
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E., Suite 2500
Atlanta, GA 30309-3958
Telephone: (404) 885-1500
Email: ksale@seyfarth.com
*COUNSEL FOR DEFENDANT*
*EQUIFAX INFORMATION SERVICES, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2022, I filed the foregoing paper using the CMECF System, which will electronically serve notification of same on the following counsel of record:

| | |
|---|---|
| Kearstin Harumi Sale<br>SEYFARTH SHAW LLP<br>1075 Peachtree Street, N.E.<br>Suite 2500<br>Atlanta, GA 30309-3958 | Rebecca C. Reynolds<br>JONES DAY<br>1221 Peachtree St. NE, Suite 400<br>Atlanta, GA 30361 |
| David M. Anthony<br>ANTHONY WATSON PLLC<br>818 18th Avenue South, Tenth Floor<br>Nashville, Tennessee 37203 | Shayne R. Clinton<br>BASS, BERRY & SIMS PLC<br>900 S. Gay Street. Suite 1700<br>Knoxville, Tennessee 37902 |
| Kari A. Morrigan<br>Jared D. Brown<br>SCHUCKIT & ASSOCIATES, P.C.<br>4545 Northwestern Drive<br>Zionsville, Indiana 46077 | Michael A. Graziano<br>Jessica A. Glajch<br>ECKERT SEAMANS CHERIN &<br>MELLOTT, LLC<br>1717 Pennsylvania Avenue, N.W., Suite 1200<br>Washington, D.C. 20006 |

*/s/ Micah S. Adkins*
Micah S. Adkins