UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

BRYAN JINKINS,

    PLAINTIFF,

v.

EQUIFAX INFORMATION SERVICES, LLC, ET AL.,

    DEFENDANTS.

Case No.:

2:21-cv-00089-TRM-CRW

## NOTICE OF SETTLEMENT WITH DEFENDANT TRANS UNION LLC (ONLY)

Plaintiff Bryan Jinkins ("Plaintiff") hereby notifies the court that Plaintiff and Defendant Trans Union LLC have reached a settlement in principle and are in the process of consummating the terms of the settlement agreement. Plaintiff expects to file a dismissal with prejudice for the above-named defendant on or before May 26, 2022.

Plaintiff's claims against Defendants Experian Information Solutions, Inc. and Pentagon Federal Credit Union remain before the Court.

Respectfully submitted,

*/s/ Micah S. Adkins*
Micah S. Adkins
TN BAR NO. 036451
**THE ADKINS FIRM, P.C.**
5400 Lyndon B. Johnson Fwy., Suite 1200
Dallas, Texas 75240
Telephone: (214) 974.4030
MicahAdkins@ItsYourCreditReport.com
*COUNSEL FOR PLAINTIFF*
*BRYAN JINKINS*

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2022, I filed the foregoing paper using the CMECF System, which will electronically serve notification of same on the following counsel of record:

Michael A. Graziano
Jessica A. Glajch
ECKERT SEAMANS CHERIN & MELLOTT, LLC
1717 Pennsylvania Avenue, N.W., Suite 1200
Washington, D.C. 20006

Rebecca C. Reynolds
JONES DAY
1221 Peachtree St. NE, Suite 400
Atlanta, GA 30361

David M. Anthony
ANTHONY WATSON PLLC
818 18th Avenue South, Tenth Floor
Nashville, Tennessee 37203

Shayne R. Clinton
BASS, BERRY & SIMS PLC
900 S. Gay Street. Suite 1700
Knoxville, Tennessee 37902

Kari A. Morrigan
Jared D. Brown
SCHUCKIT & ASSOCIATES, P.C.
4545 Northwestern Drive
Zionsville, Indiana 46077

Michael A. Graziano
Jessica A. Glajch
ECKERT SEAMANS CHERIN & MELLOTT, LLC
1717 Pennsylvania Avenue, N.W., Suite 1200
Washington, D.C. 20006

*/s/ Micah S. Adkins*
Micah S. Adkins