UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

BRYAN JINKINS,

    PLAINTIFF,

v.

EQUIFAX INFORMATION SERVICES, LLC, ET AL.,

    DEFENDANTS.

Case No.:

2:21-cv-00089-TRM-CRW

### JOINT STIPULATION OF DISMISSAL AS TO DEFENDANT TRANS UNION (ONLY) WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Bryan Jinkins ("Plaintiff") and Defendant Trans Union LLC ("Trans Union") (collectively referred to as the "Parties"), hereby jointly stipulate and agree that Plaintiff dismisses, with prejudice, Plaintiff's claims asserted against Trans Union and said parties to bear their own costs and attorney's fees.

Plaintiff's claims against Defendants Experian Information Solutions, Inc. and Pentagon Federal Credit Union remain pending before the Court.

    Respectfully submitted,

    */s/ Micah S. Adkins*
    Micah S. Adkins
    TN BPR NO. 036451
    **THE ADKINS FIRM, P.C.**
    5400 Lyndon B. Johnson Fwy., Suite 1200
    Dallas, Texas 75240
    Telephone: (214) 974.4030
    MicahAdkins@ItsYourCreditReport.com
    *COUNSEL FOR PLAINTIFF*
    *BRYAN JINKINS*

*/s/ Jared D. Brown (with consent)*
Kari A. Morrigan
Jared D. Brown
(Admitted *Pro Hac Vice*)
SCHUCKIT & ASSOCIATES, P.C.
4545 Northwestern Drive
Zionsville, Indiana 46077
Telephone: (317) 363-2400, Ext. 130
Telephone: (317) 363-2400, Ext. 114
Facsimile: (317) 363-2257
kmorrigan@schuckitlaw.com
jbrown@schuckitlaw.com

David M. Anthony
(TN #019951)
ANTHONY WATSON PLLC
818 18th Avenue South, Tenth Floor
Nashville, Tennessee 37203
Telephone: (615) 869-0634
Facsimile: (615) 861-1223
david@anthonylegal.com
*COUNSEL FOR DEFENDANT*
*TRANS UNION, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2022, I filed the foregoing paper using the CMECF System, which will electronically serve notification of same on the following counsel of record:

Michael A. Graziano
Jessica A. Glajch
ECKERT SEAMANS CHERIN & MELLOTT, LLC
1717 Pennsylvania Avenue, N.W., Suite 1200
Washington, D.C. 20006

Rebecca C. Reynolds
JONES DAY
1221 Peachtree St. NE, Suite 400
Atlanta, GA 30361

David M. Anthony
ANTHONY WATSON PLLC
818 18th Avenue South, Tenth Floor
Nashville, Tennessee 37203

Shayne R. Clinton
BASS, BERRY & SIMS PLC
900 S. Gay Street. Suite 1700
Knoxville, Tennessee 37902

Kari A. Morrigan
Jared D. Brown
SCHUCKIT & ASSOCIATES, P.C.
4545 Northwestern Drive
Zionsville, Indiana 46077

/s/ *Micah S. Adkins*
Micah S. Adkins