UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

BRYAN JINKINS,

    PLAINTIFF,

v.

EQUIFAX INFORMATION SERVICES, LLC, ET AL.,

    DEFENDANTS.

Case No.:

2:21-cv-00089-TRM-CRW

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) Plaintiff Bryan Jinkins and Defendant Experian Information Solutions, Inc. file this Stipulation of Dismissal with Prejudice and stipulate to the dismissal of all claims asserted in this action against said defendant with prejudice. Plaintiff Bryan Jinkins and Defendant Experian Information Solutions, Inc. to bear their own attorneys' fees and costs.

Respectfully submitted,

*/s/ Micah S. Adkins*
Micah S. Adkins
TN BAR NO. 036451
**THE ADKINS FIRM, P.C.**
One Lincoln Centre
5400 Lyndon B. Johnson Fwy., Suite 1200
Dallas, Texas 75240
Telephone (214) 974-4030
MicahAdkins@ItsYourCreditReport.com
*COUNSEL FOR PLAINTIFF*
*BRYAN JINKINS*

*/s/ Rebecca C. Reynolds (with consent)*
Rebecca C. Reynolds
BPR # 023122
JONES DAY
1221 Peachtree St. NE
Suite 400
Atlanta, GA 30361
Telephone: (404) 521-3939
Facsimile: (404) 581-8330
rreynolds@jonesday.com
*COUNSEL FOR DEFENDANT*
*EXPERIAN INFORMATION SOLUTIONS, INC.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 5, 2022, I filed the foregoing paper using the CM/ECF System, which will electronically serve notification of same on the following counsel of record:

| | |
|---|---|
| Kearstin Harumi Sale<br>SEYFARTH SHAW LLP<br>1075 Peachtree Street, N.E.<br>Suite 2500<br>Atlanta, GA 30309-3958 | Rebecca C. Reynolds<br>JONES DAY<br>1221 Peachtree St. NE, Suite 400<br>Atlanta, GA 30361 |
| David M. Anthony<br>ANTHONY WATSON PLLC<br>818 18th Avenue South, Tenth Floor<br>Nashville, Tennessee 37203 | Shayne R. Clinton<br>BASS, BERRY & SIMS PLC<br>900 S. Gay Street. Suite 1700<br>Knoxville, Tennessee 37902 |
| Kari A. Morrigan<br>Jared D. Brown<br>SCHUCKIT & ASSOCIATES, P.C.<br>4545 Northwestern Drive<br>Zionsville, Indiana 46077 | Michael A. Graziano<br>Jessica A. Glajch<br>ECKERT SEAMANS CHERIN &<br>MELLOTT, LLC<br>1717 Pennsylvania Avenue, N.W., Suite 1200<br>Washington, D.C. 20006 |

*/s/ Micah S. Adkins*
Micah S. Adkins