UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

BRYAN JINKINS,

     PLAINTIFF,

v.

                                                    Case No.:

EQUIFAX INFORMATION SERVICES,
LLC, ET AL.,                                 2:21-cv-00089-TRM-CRW

     DEFENDANTS.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) Plaintiff Bryan Jinkins and

Defendant Pentagon Federal Credit Union file this Stipulation of Dismissal with Prejudice and

stipulate to the dismissal of all claims asserted in this action against said defendant with prejudice.

Plaintiff Bryan Jinkins and Defendant Pentagon Federal Credit Union to bear their own attorneys'

fees and costs.

                             Respectfully submitted,

                             */s/ Micah S. Adkins*
                             Micah S. Adkins
                             TN BAR NO. 036451
                             **THE ADKINS FIRM, P.C.**
                             One Lincoln Centre
                             5400 Lyndon B. Johnson Fwy., Suite 1200
                             Dallas, Texas 75240
                             Telephone (214) 974-4030
                             MicahAdkins@ItsYourCreditReport.com
                             *COUNSEL FOR PLAINTIFF*
                             *BRYAN JINKINS*

                             */s/ Michael A. Graziano (with consent)*
                             Michael A. Graziano
                             (admitted *pro hac vice*)
                             ECKERT SEAMANS CHERIN & MELLOTT, LLC

1

1717 Pennsylvania Avenue, NW, 12th Floor
Washington, D.C. 20006
(202) 659-6600 Telephone
(202) 659-6699 Fax
mgraziano@eckertseamans.com

Jessica A. Glajch
(admitted *pro hac vice*)
ECKERT SEAMANS CHERIN & MELLOTT, LLC
1717 Pennsylvania Avenue, N.W., Suite 1200
Washington, D.C. 20006
Telephone:      202.659.6672
Facsimile:      202.659.6699
E-mail:         jglajch@eckertseamans.com

Shayne R. Clinton
(BPR #026245)
BASS, BERRY & SIMS PLC
900 S. Gay Street. Suite 1700
Knoxville, Tennessee 37902
Telephone: 865.521.6200
Facsimile: 615.742.6293
E-mail: sclinton@bassberry.com
*COUNSEL FOR DEFENDANT*
*PENTAGON FEDERAL CREDIT UNION*

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2022, I filed the foregoing paper using the CM/ECF System, which will electronically serve notification of same on the following counsel of record:

Kearstin Harumi Sale
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, GA 30309-3958

Rebecca C. Reynolds
JONES DAY
1221 Peachtree St. NE, Suite 400
Atlanta, GA 30361

David M. Anthony
ANTHONY WATSON PLLC
818 18th Avenue South, Tenth Floor
Nashville, Tennessee 37203

Shayne R. Clinton
BASS, BERRY & SIMS PLC
900 S. Gay Street. Suite 1700
Knoxville, Tennessee 37902

Kari A. Morrigan
Jared D. Brown
SCHUCKIT & ASSOCIATES, P.C.
4545 Northwestern Drive
Zionsville, Indiana 46077

Michael A. Graziano
Jessica A. Glajch
ECKERT SEAMANS CHERIN &
MELLOTT, LLC
1717 Pennsylvania Avenue, N.W., Suite 1200
Washington, D.C. 20006


*/s/ Micah S. Adkins*
Micah S. Adkins